IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT BRINEGAR                                                      PLAINTIFF

V.                            CASE NO. 3:14-CV-3088

BRITNEY GRAY, Parole Officer,
Berryville; JOHN DOE, Director of the
Arkansas Community Correction; and
JOHN DOE SUPERVISOR                                        DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on August 10, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g), and therefore, the Clerk of the Court is directed to place a strike on the case.

**IT IS SO ORDERED** on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE